IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David I. Schoenholtz
630 Thomas L. Berkley Way; #803
Oakland, CA 94612

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brivo, Inc.
7700 Old Georgetown Road; Suite #300
Bethesda, Maryland 20814

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David I. Schoenholtz |
| Street Address | 630 Thomas L. Berkley Way; #803 |
| City and County | Oakland; Alameda |
| State and Zip Code | California, 94612 |
| Telephone Number | 301.455.4873 |
| E-mail Address | david.i.schoenholtz@gmail.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brivo, Inc. |
| Job or Title (if known) | |
| Street Address | 7700 Old Georgetown Road; Suite #300 |
| City and County | Bethesda; Montgomery |
| State and Zip Code | Maryland 20814 |
| Telephone Number | 301.664.5242 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name                  _____
    Job or Title          _____
    (if known)
    Street Address        _____
    City and County       _____
    State and Zip Code    _____
    Telephone Number      _____
    E-mail Address        _____
    (if known)

Defendant No. 3

    Name                  _____
    Job or Title          _____
    (if known)
    Street Address        _____
    City and County       _____
    State and Zip Code    _____
    Telephone Number      _____
    E-mail Address        _____
    (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name                  Brivo, Inc.
    Street Address        7700 Old Georgetown Road; Suite #300
    City and County       Bethesda; Montgomery
    State and Zip Code    Maryland 20814
    Telephone Number      301.664.5242

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:
    _____

- [✓] Relevant state law *(specify, if known)*:
    The Maryland Human Relations Commission Act, the Maryland Fair Employment Practices Act

- [ ] Relevant city or county law *(specify, if known)*:
    _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **October 2015-February 2020**

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [x] gender/sex _____
- [x] religion _____
- [ ] national origin _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
_____

5

E. The facts of my case are as follows. Attach additional pages if needed.

Please see attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 30, 2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☐ issued a Notice of Right to Sue letter, which I received on *(date)* Letter issued on 7.11.22; received on 8.24.22 (attached).

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking the following relief in the maximum amounts permitted under law:
Lost wages; lost benefits; punitive damages; emotional distress damages; attorneys' fees; and costs.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff   _____
Printed Name of Plaintiff _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: October 7, 2022.

| | |
|---|---|
| Signature of Attorney | *[signature]* |
| Printed Name of Attorney | Richard L. Sloane |
| Bar Number | 17522 |
| Name of Law Firm | Sloane Law Firm |
| Address | 803 South Belgrade Road |
| Telephone Number | 301.500.5351 or 301.593.8840 |
| E-mail Address | RICHARD.L.SLOANE@GMAIL.COM |

8

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 7, 2022

Signature of Plaintiff     David I. Schoenholtz
Printed Name of Plaintiff  David I. Schoenholtz

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

8



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Washington Field Office
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## CLOSURE DOCUMENT ENCLOSED

Mr. David Schoenholtz
Richard Sloane
Sloane Law Firm
803 South Belgrade Road
SILVER SPRING, MD 20902

Re: Mr. David Schoenholtz v. BRIVO, INC
    EEOC Charge Number: 570-2021-00386

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed document in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded that document from the portal. For your convenience, a copy of that document is enclosed with this letter.

I hope this information is helpful. If you have questions, please contact Mardjon Hedayati by telephone at (202) 921-2794 or email at MARDJON.HEDAYATI@EEOC.GOV.

Sincerely,

08/10/2022

Mardjon Hedayati
Investigator

Enclosure



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Washington Field Office
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/11/2022

To: Mr. David Schoenholtz
695 Noe Street Unit 5
San Francisco, CA 94114

Charge No: 570-2021-00386

EEOC Representative and email:   Mardjon Hedayati
Investigator
mardjon.hedayati@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2021-00386.

On behalf of the Commission,

Digitally Signed By: Mindy Weinstein
07/11/2022

Mindy Weinstein
Director

Cc:
Gloria Salmeron
BRIVO
gloria.salmeron@brivo.com

Edward S Schenk
Williams Mullen PC
eschenk@williamsmullen.com

Richard L Sloane
SLOANE LAW FIRM
richard.l.sloane@gmail.com

Richard Sloane
Sloane Law Firm
richard.l.sloane@gmail.com

Please retain this notice for your records.